IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NURBOL YESHMANOV,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIE M. SELBY, Acting Associate Director of the Service Center Operations Directorate; and JOSEPH B. EDLOW, Director of the USCIS;<br><br>Defendants. | **4:26CV3135**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiff's Notice of Dismissal (Filing No. 12). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice.

Dated this 9th day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge